UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 1:16-PO-08142-MKD-1 |
|---|---|
| Plaintiff, | ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE |
| vs. | |
| DON L. CARAWAY, | **ECF No. 36, 37** |
| Defendant. | |

Before the Court is Defendant's Motion to Dismiss With Prejudice (ECF No. 36, 37). For the reasons set forth in the motion;

IT IS HEREBY ORDERED:

1. The Motion to Dismiss (ECF No. 36, 37) is GRANTED.

2. This case is DISMISSED WITH PREJUDICE.

3. The district court executive is directed to enter this order and provide copies to counsel.

DATED January 3, 2018.

<em>s/Mary K. Dimke</em><br>
MARY K. DIMKE<br>
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE - 1